■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SYLVESTER WHITE, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Thorp, J.), rendered March 14, 1989, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Furthermore, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence *(see,* CPL 470.15 [5]).

The defendant's contention that the jury's verdict is repugnant is not preserved for appellate review since he failed to object to the verdict prior to the discharge of the jury *(see, People v Stahl,* 53 NY2d 1048; *People v Almeida,* 159 AD2d 508). In any event, contrary to the defendant's assertions, the verdict is not repugnant. Inasmuch as possession is not a necessary element of criminal sale of a controlled substance in the third degree *(see,* Penal Law § 220.39 [1]), the jury's acquittal of the defendant of the charge of criminal possession of a controlled substance in the third degree *(see,* Penal Law § 220.16 [1]) does not render infirm his conviction on the sale count *(see, People v Basora,* 151 AD2d 588, *affd* 75 NY2d 992; *People v Gaviria,* 148 AD2d 630).

We have considered the defendant's remaining contentions and find them to be without merit. Lawrence, J. P., Harwood, Rosenblatt and O'Brien, JJ., concur.